1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| FATHY GREISSE, | ) CV 93-07413-AG (SH) |
| | ) |
| Plaintiff, | ) ORDER TO SHOW CAUSE RE ) DISMISSAL FOR FAILURE ) TO PROSECUTE |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) ) ) ) |
| Defendant. | ) ) |

    By Order filed June 15, 2011, plaintiff was ordered to file a Brief no later than thrity (30) days after the Answer is filed.  However, the docket sheet shows that, as of the date of this Order, no Brief has been filed by the plaintiff.  (See Order at p.4).

    Plaintiff shall appear before Magistrate Judge Stephen J. Hillman, at 10:30 a.m. on September 21, 2011, in Courtroom "550", on the 5th floor, Roybal Federal

Building, 255 East Temple Street, Los Angeles, California, to show cause why this action should not be dismissed for violation of this Court's previous Order, and/or plaintiff's failure to diligently to prosecute. See Fed.R.Civ.P., Local 12.1 and Link v. Wabash Railroad Co., 370 U.S. 626, 629-30 (1962), reh'g denied, 371 U.S. 873 (1962).

If plaintiff objects to such dismissal, plaintiff's counsel shall:

1. File and serve written Objections to the dismissal with Points and Authorities not later than ten (10) days prior to the date specified above. Failure to file said Objections within the time specified will be deemed consent to the dismissal of this action as proposed herein; and

2. Appear in person (or by counsel) on the date specified.

If there are no objections to the proposed dismissal, plaintiff's counsel shall so inform the Clerk in writing and Counsel's appearance at the hearing will be excused.

**If plaintiff's Brief is filed no later than ten (10) days prior to the hearing date, the Order to Show Cause re Dismissal will be taken off-calendar and plaintiff need not appear.**

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order by United States mail on plaintiff and the defendant appearing in this action.

DATED: August 29, 2011

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE