1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

14 | FATHY GREISSE,                          ) CV 93-07413-DOC (SH)
                                            )
15 |                                        ) ORDER ACCEPTING  REPORT
                          Plaintiff,        ) AND RECOMMENDATION OF
16 |                                        ) UNITED STATES MAGISTRATE
             v.                             ) JUDGE
17 |                                        )
     MICHAEL J. ASTRUE, Comm.               )
18 | Social Security Administration,        )
                                            )
19 |                                        )
                          Defendant,        )
20 | _____   )

21        Pursuant to 28 U.S.C. §636(b)(1)(B), the Court has reviewed the pleadings

22 and other papers herein along with the attached Report and Recommendation of

23 United States Magistrate Judge, and has made a de novo determination of the Report

24 and Recommendation.

25        IT IS ORDERED that (1) the Report and Recommendation is approved and

26 accepting as the Fact and Conclusions of Law herein; and (2)  Judgment be entered

27 dismissing plaintiff's Complaint.

28

1

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment by United States mail on the plaintiff and on the United States Attorney for the Central District of California.

DATED: <u>October 28, 2011</u>

_David O. Carter_

DAVID O. CARTER
UNITED STATES  DISTRICT JUDGE

2